**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD WALTER OSSENBERG,<br><br>        Petitioner,<br><br>  v.<br><br>CHERYL ATTERBURY-BROOKS, et al.,<br><br>        Respondents. | NO. SACV 10-1133-JFW (MAN)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts and adopts the Report and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that Judgment shall be entered dismissing this action with prejudice.

1    In addition, pursuant to Rule 11(a) of the Rules Governing Section
2 2254 Cases in the United States District Courts, the Court has
3 considered whether a certificate of appealability is warranted in this
4 case under the applicable standards.  *See* 28 U.S.C. § 2253(c)(2); <u>Slack
5 v. McDaniel</u>, 529 U.S. 473, 484-85, 120 S. Ct. 1595, 1604 (2000).  The
6 Court concludes that a certificate of appealability is unwarranted and,
7 thus, IT IS ORDERED that a certificate of appealability is DENIED.

9    LET JUDGMENT BE ENTERED ACCORDINGLY.

11 DATED: October 6, 2010.

                                          _____
                                               JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE