1

2

3                                                      JS-6

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11   RONALD WALTER OSSENBERG,           ) NO. SACV 10-1133-JFW (MAN)
                                        )
12                  Petitioner,         )
                                        )
13        v.                            ) JUDGMENT
                                        )
14   CHERYL ATTERBURY-BROOKS, et al.,   )
                                        )
15                  Respondents.        )
     _____)
16

17

18        Pursuant to the Court's Order Adopting Findings, Conclusions, and

     Recommendations  of  United  States  Magistrate  Judge  and  Denying
19
     Certificate of Appealability,
20

21
          IT IS ADJUDGED that this action is dismissed with prejudice.
22

23
     DATED: October 6, 2010.
24

25
                                        _____
26                                              JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE
27

28